Y. Christopher Nagakawa (SBN 207433)
  Christopher.Nagakawa@zimmreed.com
**ZIMMERMAN REED LLP**
6420 Wilshire Blvd, Suite 1080
Los Angeles, CA 90048
Tel: (877) 500-8780
Fax: (877) 500-8781

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA YOUNGER, individually, on behalf of all similarly situated, and on behalf of the general public of California,<br><br>Plaintiff,<br><br>vs.<br><br>RYZE INC., a Massachusetts corporation, erroneously sued as Ryze Superfoods LLC,<br><br>Defendant. | CASE NO.: 2:24-CV-00868-HDV-JDE<br><br>*Removed from the Superior Court of California, Los Angeles County, Case No. 2023STCV27561*<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41** |

Plaintiff respectfully provides notice of voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The defendant has not served "either an answer or a motion for summary judgment," so this action may be dismissed "without a court order". Fed.R.Civ.P. 41(a)(1)(A)-(B); *see also Com. Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1078 (9th Cir. 1999) (observing that "dismissal under Rule 41(a)(1) is effective on filing, no court order is required, [and] the parties are left as though no action had been brought").

Further, because "no class has been certified and the matter is being dismissed as to all parties without prejudice . . . dismissal does not require court approval under Rule 23(e)." *Valenzuela v. Mauser USA, LLC*, No. 120CV00094NONESAB, 2021 WL 916412, at *1 (E.D. Cal. Mar. 10, 2021); *see also Hall v. W. Ref. Retail, LLC*, No. 519CV00855VAPSKX, 2021 WL 4497925, at *1 n.1 (C.D. Cal. June 23, 2021) (collecting cases).

Plaintiff therefore provides notice of voluntary dismissal of this action.

Respectfully submitted,

ZIMMERMAN REED LLP

Dated: February 8, 2024.   By:   /s/ Y. Christopher Nagakawa
Y. Christopher Nagakawa
6420 Wilshire Blvd, Suite 1080
Los Angeles, CA 90048
Tel: (877) 500-8780
Fax: (877) 500-8781
Christopher.nagakawa@zimmreed.com

*Attorney for Plaintiff*